UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>TNT HOMES & CONSTRUCTION, LLC and ANTHONY D. THOMPSON,<br><br>            Defendants. | CIV. 20-5078-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint stipulation for dismissal (Docket 11), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed on its merits with prejudice and without costs or disbursements to any party.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

    Dated May 10, 2021.

                      BY THE COURT:

                      /s/ *Jeffrey L. Viken*
                      JEFFREY L. VIKEN
                      UNITED STATES DISTRICT JUDGE